(June 30, 1999)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVA-TORE MARINELLO, on Behalf of RAYMOND KLINGER, Petitioner, v WARDEN OF NASSAU COUNTY CORRECTIONAL FACILITY, Respondent. [691 NYS2d 362] —Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County Indictment No. 0849/99.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing the alternative cash bail fixed on Nassau County Indictment No. 0849/99 from the sum of $300,000 to the sum of $250,000. Joy, J. P., Friedmann, Schmidt and Smith, JJ., concur.